# Law Firm of Steven M. Warshawsky

www.warshawskylawfirm.com

100 South Bedford Road, Suite 340            Tel: (914) 514-2329
Mount Kisco, New York 10549            Email: smw@warshawskylawfirm.com

May 12, 2022

**VIA ELECTRONIC CASE FILING**
Hon. Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
(631) 712-5720

        Re:     Daniel Triolo v. Nassau County, NY, et al.
                 <u>Case No. 16-CV-2085 (EDNY)</u>

Dear Judge Locke:

      I represent Plaintiff Daniel Triolo in the above-referenced civil action, which has been remanded by the Second Circuit for entry of judgment in Plaintiff's favor against Defendant Nassau County.

      I have conferred with defense counsel, Deputy County Attorney Ralph Reissman, and we jointly submit the attached **[Proposed] Final Judgment**, which we request that the Court so-order on May 17, 2022, which is the date we used to calculate the amount of pre-judgment interest.

      In light of the parties' agreement on the terms of the final judgment to be entered in this case, we further request that the status conference scheduled for May 17, 2022, be adjourned.

      We thank the Court for its consideration.

                                                    Respectfully submitted,

                                                    *Steven M. Warshawsky*

                                                    Steven M. Warshawsky